**Electronically Filed
Supreme Court
SCWC-14-0000794
09-MAY-2017
11:20 AM**

SCWC-14-0000794

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

GENE ANGEL MANCIA, Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000794; FC-CR. NO. 11-1-0364)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's application for writ of certiorari filed on March 31, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 9, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

